■ ESSEX INSURANCE COMPANY, as Subrogee of EPSILON ZETA ALUMNI and others, Appellant, v DANE HUNT, Defendant, and JOHN NEWELL et al., Respondents. [881 NYS2d 359]—Appeal from an order of the Supreme Court (Demarest, J.), entered August 8, 2008 in St. Lawrence County, which, among other things, granted motions by defendants John Newell, Chase Dowdell, Dave Fellegara, Donald Reagan and Artem Mischenko for summary judgment dismissing the complaint against them.

Order affirmed, upon the opinion of Justice David Demarest.

Cardona, P.J., Mercure, Kavanagh, Stein and McCarthy, JJ., concur. Ordered that the order is affirmed, with one bill of costs.